**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-62723-CIV-ALTMAN/Hunt**

**ENRIQUE MADRINAN**,

    Plaintiff,
v.

**CHEESECAKE FACTORY RESTAURANT, INC.**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice ("Joint Stipulation") [ECF No. 24]. In the Joint Stipulation, the parties indicate that they stipulate to the dismissal, with prejudice, of all claims made by the Plaintiff against the Defendant pursuant to Federal Rule of Civil Procedure 41. The Court notes that the Stipulation is therefore self-executing. The Court, having carefully reviewed the record, hereby

**ORDERS AND ADJUDGES** as follows:

1. This case is **DISMISSED without prejudice**.

2. Each party shall bear its own costs and fees, and the Court shall retain jurisdiction to enforce the terms of the consent decree.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of February 2020.

                                              _____
                                              **ROY K. ALTMAN**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record